LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
JOSE JESUS MEDINA-ACEVEDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> JOSE JESUS MEDINA-ACEVEDO ) </br> ) </br> Defendants. ) </br> _____ ) | CASE NO: 08-CR-00375-LJO </br></br> STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING AND FILING DEADLINES </br></br> HON. LAWRENCE J. O'NEILL |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY SANCHEZ, Assistant United States Attorney for Plaintiff, ALEX KESSEL, attorney for defendant Jose Jesus Medina-Acevedo request that the current status conference be continued to January 30, 2009.

Counsel for Defendant Jose Jesus Medina-Acevedo will be engaged in an ongoing preliminary hearing on January 9, 2009 in the matter of <u>People vs. Edgar Soto</u>, case number BA294142 in Department 107 of the Los Angeles County Superior Court, Central District in Los Angeles. This is a major narcotics case wherein the defendant is in custody.

1

1 | Counsel for Defendant Jose Jesus Medina-Acevedo is scheduled to begin trial on January 13, 2009 in the matter of <u>People vs. Arnold Bleyan</u>, et al, case number LA056756 in Department R of the Los Angeles County Superior Court, Northwest District in Van Nuys. This is a four defendant assault case wherein the defendants are out of custody..

In light of the above, all parties stipulate that time shall be excluded for the above purposes until the new hearing date of **January 30, 2009**, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated:  January 8, 2009				Respectfully submitted,


						/s/ALEX KESSEL
						Counsel for Jose Jesus Medina-Acevedo


						McGREGOR W. SCOTT
						United States Attorney


						/s/ Kimberly Sanchez
						KIMBERLY SANCHEZ
						Assistant U.S. Attorney

**ORDER**

The parties stipulated request to status conference set for January 9, 2009 is hereby **GRANTED**. The new status conference date is January 30, 2009 at 9:00.

Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

The Court notes that the title of this pleading references "motions." To this Court's knowledge, no motions have been filed. At the status hearing on January 30, counsel should be ready to set a trial date. In spite of the busy schedule of defense counsel (as indicated in this stipulation), counsel need to understand that once we set the date, it is a firm date, so when choosing the trial date, caution is required to select a date that is firm and not in a potential conflict position.

IT IS SO ORDERED.

Dated:   **January 8, 2009**               /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE