LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
JOSE JESUS MEDINA-ACEVEDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOSE JESUS MEDINA-ACEVEDO  )<br>  )<br>Defendants.  )<br>  ) | CASE NO: 08-CR-00375-LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; Order of DENIAL<br><br>HON. LAWRENCE J. O'NEILL |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY SANCHEZ, Assistant United States Attorney for Plaintiff, ALEX KESSEL, attorney for defendant Jose Jesus Medina-Acevedo request that the current status conference set for January 30, 2009 be continued to May 15, 2009 at 9:00.

Counsel for Defendant Jose Jesus Medina-Acevedo is presently engaged in trial in the matter of People vs. Boris Voskanyan, case number GA067542 in Department 1 of the Los Angeles County Superior Court, Northeast District in Alhambra. This is a multiple defendant attempted murder case wherein the defendants are in custody.

1

1  Counsel for Defendant Medina-Acevedo is scheduled to begin trial on February 17, 2009
2  in the matter of U.S.A. vs. Vo Duong Tran, case number CR08-197-AG, in the United States
3  District Court, Central District of California in Santa Ana before the Honorable Andrew J.
4  Guilford. This is a two defendant conspiracy case wherein the defendants are in custody. This trial
5  is expected to last two weeks.

6  Counsel for Defendant Medina-Acevedo is scheduled to begin trial on March 2, 2009 in
7  the matter of People vs. Tam Nguyen, case number 06WF1235 in the Orange County Superior
8  Court, Central District in Santa Ana. This is a six defendant multiple count conspiracy, burglary,
9  robbery and weapons case with gang allegations wherein the defendants are in custody. This trial
10 is expected to last four to five weeks.

11 Counsel for Defendant Medina-Acevedo is scheduled to begin trial in April in the matter of
12 People vs. Jesse James Hollywood, case number 1014465 in the Santa Barbara County Superior
13 Court, South County Court in Santa Barbara. This is a special circumstance murder case wherein
14 the defendant is in custody. Trial is expected to last approximately 6 weeks.

15 In light of the above, all parties stipulate that time shall be excluded for the above purposes
16 until the new hearing date of **May 15, 2009**, pursuant to 18 U.S.C. § 3161(h)(8)(A).

17 Dated:  January 29, 2009                           Respectfully submitted,

                                                    /s/ALEX KESSEL
                                                    Counsel for Jose Jesus Medina-Acevedo

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ Kimberly Sanchez
                                                    KIMBERLY SANCHEZ
                                                    Assistant U.S. Attorney

2

**ORDER**

The parties stipulated request to status conference set for January 30, 2009 is hereby **DENIED**.  Defense counsel can appear by telephone if he wishes.

IN THE COURT ORDER OF JANUARY 8, 2009, GRANTING THE EXTENSION OF TIME TO TOMORROW'S CALENDAR, THE COURT MADE IT CLEAR THAT A FIRM TRIAL DATE WOULD BE SELECTED ON JANUARY 30, 2009.  THAT PORTION OF THE ORDER HAS APPARENTLY BEEN IGNORED OR FORGOTTEN.

DEFENSE COUNSEL WILL HAVE ONE OF THREE OPTIONS TOMORROW:
1. SELECT A FIRM TRIAL DATE;
2. INDICATE THAT ANOTHER COUNSEL WILL BE SUBSTITUTED INTO THE CASE;
3. SUBJECT HIMSELF TO AN ORDER TO SHOW CAUSE FOR FAILURE TO ABIDE
    BY THIS COURT'S ORDER OF JANUARY 8TH.

THIS COURT DOES NOT CONTINUE CASES FOR MONTHS BECAUSE COUNSEL IS BUSY.  THIS COURT MANAGES ITS HEAVY CASELOAD IN THE WAY THE LAW INTENDS IT TO ACT.

IT IS SO ORDERED.

**Dated:   January 29, 2009**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE