LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
JOSE JESUS MEDINA-ACEVEDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JESUS MEDINA-ACEVEDO<br><br>Defendants. | CASE NO: 08-CR-00375-LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE ORDER<br><br>HON. LAWRENCE J. O'NEILL |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KEVIN ROONEY, Assistant United States Attorney for Plaintiff, ALEX KESSEL, attorney for defendant Jose Jesus Medina-Acevedo request that the trial date be continued to September 14, 2009 and that the currently scheduled status conference be continued to August 21 , 2009

The parties stipulate that the time between the filing of this Stipulation and September 14, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for

defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161()(8)(B)(iv).

Specifically, defense counsel is presently engaged in trial in the matter of <u>People vs. Jesse James Hollywood</u>, case number 1014465 in Department 14 of the Santa Barbara County Superior Court. This is a capital murder case wherein the defendant is in custody. Trial is estimated to last 6-8 weeks.

Additionally, defense counsel needs additional time to review discovery, investigate, and continue plea negotiations with the government. Some of the police officers involved in this case are themselves the subject of an ongoing investigation and defense counsel needs to evaluate the discovery on that matter. That defense investigation is complex and is expected to continue over a month or more following the completion of the trial in the <u>Jesse James Hollywood</u> case.

The original counsel for the government is expected to return from maternity leave within approximately two weeks and resume responsibility for this case. Government counsel is expected to be in trial, before this court, for six to eight weeks, beginning on June 8, 2009.

The court has also found time may be excluded in this matter upon the complexity of the case under 18 U.S.C. §3161 (h)(8)(B)(ii) . The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(A).

In light of the above, all parties stipulate that time shall be excluded for the above purposes until the new trial date of September 14, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: April 28, 2009              Respectfully submitted,

/s/ALEX KESSEL
Counsel for Jose Jesus Medina-Acevedo

McGREGOR W. SCOTT
United States Attorney

/s/ Kevin Rooney
KEVIN ROONEY
Assistant U.S. Attorney

**ORDER**

The parties' stipulated request to continue the status conference set for May 1, 2009 and the trial date set for May 18, 2009 is hereby **GRANTED**. Good cause exists. The new status conference date is August 21, 2009 at 9 a.m., and trial is set for September 8. 2009 (the date the parties requested is NOT available) at 8:30 a.m.

Time shall be excluded from April 28, 2009 through September 14, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties' request to allow continuity of counsel, for further investigation by defense counsel, and in the interest of justice.

IT IS SO ORDERED.

**Dated:     April 28, 2009**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE