LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16542 Ventura Boulevard
Suite 305
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
JOSE JESUS MEDINA-ACEVEDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE JESUS MEDINA-ACEVEDO ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 08-CR-00375-LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE <br><br> HON. LAWRENCE J. O'NEILL |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIM SANCHEZ, Assistant United States Attorney for Plaintiff, ALEX KESSEL, attorney for defendant Jose Jesus Medina-Acevedo request that the trial date be continued to October 13, 2009.

The parties stipulate that the time between the filing of this Stipulation and October 13, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for defendant may have reasonable time necessary for effective preparation, taking into account the

1 | exercise of due diligence. 18 U.S.C. §3161()(8)(B)(iv).

2 |     Specifically, defense counsel is presently engaged in trial in the matter of <u>People vs. William Rosas</u>, case number BA298155 in Department 101 of the Los Angeles County Superior Court, Central District in Los Angeles. This is a murder case wherein the defendant is in custody. Trial is estimated to last at least another week.

    Defense counsel just finished a ten week special circumstance murder trial and almost immediately began the current trial he is engaged in.

    Additionally, defense counsel is in receipt of a plea agreement from the government and needs additional time to discuss the matter with his client.

    The court has also found time may be excluded in this matter upon the complexity of the case under 18 U.S.C. §3161 (h)(8)(B)(ii) . The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(A).

    In light of the above, all parties stipulate that time shall be excluded for the above purposes until the new trial date of October 13, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: August 31, 2009                          Respectfully submitted,

/s/ALEX KESSEL
Counsel for Jose Jesus Medina-Acevedo

McGREGOR W. SCOTT
United States Attorney

/s/ Kim Sanchez
KIM SANCHEZ
Assistant U.S. Attorney

### ORDER

THE COURT IS UNABLE TO ACCOMMODATE THE REQUEST.  FROM THE STIPULATION, IT APPEARS AS THOUGH COUNSEL WILL BE OUT OF THE CURRENT SOUTHERN CALIFORNIA TRIAL, AND IF NOT, THE INSTANT CASE CAN TRAIL.  IF THIS COURT VACATES THE TRIAL, IT WILL BE UNABLE TO TRY THE CASE UNTIL FEBRUARY, 2010, DUE TO THE MULTIPLE ALREADY-SET TRIALS.  THE REQUEST IS DENIED.

IT IS SO ORDERED.

**Dated:   August 31, 2009**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE