LAWRENCE G. BROWN
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00375 LJO |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PARTIES TO FILE TRIAL DOCUMENTS |
| v. | |
| JOSE JESUS MEDINA-ACEVEDO, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by Lawrence G. Brown, United States Attorney and Kimberly A. Sanchez, Assistant U.S. and Attorney Alex Kessel, that the due date of September 2, 2009 for the proposed jury instructions, verdict forms, witness lists and voir dire be extended to September 9, 2009.  Trial in this matter is currently set for September 8, 2009 with motions in limine to be heard at 8:15 a.m. on that same date.  The Court's Order dated August, 31, 2009 directs that the trial will trail until defense counsel has concluded a trial in which he is currently engaged. The parties have reached an agreement and defense counsel has represented that he anticipates the defendant will sign the agreement on Saturday, September 6, 2009.  Defense counsel is in trial for the remainder of the week, and the defendant lives in Washington state.  Defense counsel has also represented that

1  another attorney from his firm can appear on September 8, 2009
2  with the defendant for a change of plea proceeding.
3      Thus, the parties respectfully request this Honorable Court
4  to issue an order granting an extension of time to file their
5  proposed jury instructions, verdict form, voir dire and witness
6  lists to September 9, 2009.

7  Dated: September 1, 2009            Respectfully submitted,

8                                      LAWRENCE G. BROWN
                                       United States Attorney
9
                                   By   /s/ Kimberly A. Sanchez
10                                      KIMBERLY A. SANCHEZ
                                        Assistant U.S. Attorney
11
   Dated: September 1, 2009              /s/ Alex Kessel
12                                       ALEX KESSEL
                                         Attorney for Marcus Major
13

14 IT IS SO ORDERED.

15 **Dated:   September 1, 2009**            /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE