LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16542 Ventura Boulevard
Suite 305
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
JOSE JESUS MEDINA-ACEVEDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>JOSE JESUS MEDINA-ACEVEDO )<br>)<br>Defendants. )<br>_____ ) | CASE NO: 08-CR-00375-LJO<br>STIPULATION TO CONTINUE SENTENCING<br><br><br>HON. LAWRENCE J. O'NEILL |

Defendant Jose Jesus Medina-Acevedo, by and through his counsel, Alex R. Kessel and Plaintiff United States of America, by and through their counsel of record, Kimberly Sanchez, Assistant United States Attorney, hereby stipulate to the following:

Counsel for defendant is engaged in trial in the matter of People vs. Rodolfo Rabonza, case number LA060449 in Department R of the Los Angeles County Superior Court, Northwest District in Los Angeles. This is a lewd act upon a child and indecent exposure case wherein the defendant is out of custody.

Counsel for defendant has a pre-paid family vacation scheduled for December 18, 2009

through January 6, 2010.

Based on the foregoing, counsel for defendant and the Government stipulate the currently scheduled sentencing date be continued from December 4, 2009 at 9:00 a.m., to January 15, 2010, at 9:00 a.m.

Dated:  December 2, 2009                    Respectfully submitted,


/s/ALEX KESSEL
Counsel for Jose Jesus Medina-Acevedo


LAWRENCE G. BROWN
United States Attorney


/s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant U.S. Attorney

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT**

the request for a continuance of the currently sentencing date is granted and a sentencing date for defendant Jose Jesus Medina-Acevedo is set for January 15, 2010 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:     December 2, 2009**                    /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE